UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil 01-1484

Lyon Financial Services Inc., et al.

v. ORDER OF REFERENCE

St.Luke's Medical Center, et al.

IT IS HEREBY ORDERED that this case be referred to the Honorable Franklin L. Noel, United States Magistrate Judge, for all further proceedings and the entry of judgment, in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

Dated: October 29th, 2001

JAMES M. ROSENBAUM
Chief United States District Judge

FILED
RICHARD D. SLETTEN, CLERK OCT 30 2001
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Lyon Financial Services, Inc.,
a Minnesota corporation, doing
business as Secured Funding
with its principal offices at
Marshall, Minnesota,

Plaintiff,

vs.

St. Luke's Medical Center, P.C.,
an Oregon corporation and
Jay G. Betts, individually,

Defendants.

Civil Action No. 01CV1484 JMR/FLN

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

---

In accordance with the provisions of Title 28, U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily does consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Date: October 22, 2001.

Susan D. Holappa

Counsel for Defendants

NOTE: Return this form to Larry Lewis in the office of the Clerk of Court whether or not you consent to jurisdiction by a magistrate judge. Do not send a copy of this form to any district judge or magistrate judge.

United States District Court
District of Minnesota

Civil No. 01-1484 JMR/FLN

Lyon Financial Services, Inc.,

Plaintiff,

v.

Consent to Jurisdiction
by a United States
Magistrate Judge

St. Luke's Medical Center and
Jay G. Betts

Defendants.

---

In accordance with the provisions of Title 28, U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily DOES consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgement.

Date 10-16-01

[signature]
Counsel for Lyon Financial Services, Inc.

ST. Lukes Medical-01