253496

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert Street, St. Paul, MN 55101, Phone: (651)848-1100**

**PETITION FOR ADMISSION PRO HAC VICE**

**Case Number: 01 CV 1484 ~~JMR~~/FLN**

**Case Title:** Lyon Financial Services, Inc., a Minnesota corporation, doing business as Secured Funding with its principal offices at Marshall, Minnesota v. St. Luke's Medical Center, P.C., an Oregon corporation and Jay G. Betts, individually

**Affidavit of Movant**

I, Susan D. Holappa, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Bruce Orr, an attorney admitted to practice in the _________ District of Oregon, but not admitted to the bar of this court, who will be counsel for Defendants in the case listed below. I am aware that the local rules of this court require that I participate in the presentation of the case listed below, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 172741 Date: 11/9/01

**Affidavit of Proposed Admittee**

I, Bruce Orr , am currently a member in good standing for the U.S. District Court for the ________________ District of Oregon, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Type/Print Name: Bruce Orr Signature: [signature] Date: 11/5/2001

Attorney License Number: 81329
Law Firm Name & Address: Meyer & Wyse LLP
621 South Morrison Street, #1300
Portland, OR 97205

Motion Granted: [signature] NOV 14 2001
For the Court: Francis E. Dosal, Clerk

Note: The original of this form and the Pro Hac Vice admissions fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED NOV 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________