**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Lyon Financial Services, Inc., a Minnesota corporation, doing business as Secured Funding with its principal offices at Marshall, Minnesota,

Plaintiff,

vs.

St. Luke's Medical Center, P.C., an Oregon corporation and Jay G. Betts, individually,

Defendants.

Civil Action No. 01CV1484 JMR/FLN

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective legal counsel, that this action shall be, and hereby is, dismissed with prejudice and without costs or attorney fees to any party hereto.

Dated: October 21, 2002.

STONEBERG, GILES & STROUP, P.A.

By: [signature]
Daniel Giles, #34800
Kevin Stroup, #170094

300 O'Connell Street
Marshall, MN 56258
Telephone: (507) 537-0591

ATTORNEYS FOR PLAINTIFF

SO ORDERED.
[signature]
10/23/02

OCT 23 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 8, 2002.

SHAPIRO PROFESSIONAL ASSOCIATION

By: ______________________________

Lawrence M. Shapiro, #130886
Kathleen K. Statler, #0161809

1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: (612) 542-1716

and

Of Counsel:
MEYER & WYSE LLP
Bruce H. Orr
621 S. W. Morrison Street, Suite 1300
Portland, OR 97205

ATTORNEYS FOR DEFENDANTS